UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL RICE,

    Plaintiff,

v.

                              Case No. 1:14-cv-81

                              HONORABLE PAUL L. MALONEY

KAY L. STOUFFER, et al.,

    Defendants,
_____/

## **JUDGMENT**

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:  March 31, 2015                                           /s/ Paul L. Maloney
                                                                       Paul L. Maloney
                                                                       Chief United States District